Bingham McCutchen LLP
TRENTON H. NORRIS (SBN 164781)
ANGEL A. GARGANTA (SBN 163957)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:   (415) 393-2286
Email:  trent.norris@bingham.com
        angel.garganta@bingham.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SARA PINEDA and ZARA JELLICOE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VITAMIN SHOPPE INDUSTRIES, INC.,<br><br>Defendant. | No. CV07-01533 SC<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

WHEREAS, defendant Vitamin Shoppe Industries Inc. ("Defendant") was served with the Complaint in the above action on April 20, 2007, through the waiver of service procedure pursuant to Federal Rule of Civil Procedure, Rule 4(d);

WHEREAS, Defendant's time to respond to the Complaint pursuant to Federal Rule of Civil Procedure, Rule 4(d)(3) normally would be June 19, 2007;

WHEREAS, the parties have discussed, and actively are engaged in, resolution of this action, including participating in mediation, and agree it is appropriate to extend Defendant's time to respond to the Complaint so as to allow

1  the parties additional time to continue such efforts;

2      IT IS HEREBY STIPULATED by and between the parties that

3  Defendant's time to respond to the Complaint shall be extended by 15 days.

4  Whereas, 15 days would extend such time to respond to July 4, 2007, a holiday,

5  Defendant shall have until July 5, 2007, to answer or otherwise respond to the

6  Complaint.

7  DATED: May 10, 2007

Bingham McCutchen LLP

By: _____
Trenton H. Norris
Angel A. Garganta
Attorneys for Defendant
Vitamin Shoppe Industries, Inc.

DATED: May 10, 2007

Whatley Drake & Kallas, LLC
1540 Broadway, 37th Floor
New York, New York 10036
Phone: (212) 447-7070

and

2001 Parkplace North
Suite 1000
Birmingham, Alabama 65203
Phone: (205) 328-9576

By: _____
Edith M. Kallas
Patrick J. Sheehan
Attorneys for Plaintiffs
Sara Pineda and Zara Jellicoe

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Samuel Conti]

# PROOF OF SERVICE

I am over eighteen years of age, not a party in this action, and employed in San Francisco County, California at Three Embarcadero Center, San Francisco, California 94111-4067. I am readily familiar with the practice of this office for collection and processing of correspondence for mail/fax/hand delivery/next business day FedEx delivery, and they are deposited that same day in the ordinary course of business.

On May 10, 2007, 2007, I served the attached:

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

- ☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☒ (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

- ☐ (EXPRESS MAIL/OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered by FedEx in sealed envelope(s) with all fees prepaid at the address(es) set forth below.

- ☐ (PERSONAL SERVICE) by causing a true and correct copy of the above documents to be hand delivered in sealed envelope(s) with all fees fully paid to the person(s) at the address(es) set forth below.

| | | |
|---|---|---|
| 1 | G. Richard Baker, Esq. | Attorneys for Plaintiffs |
| 2 | BAKER LAW PC | Sara Pineda and Zara Jellicoe |
|   | 700 Twenty-Ninth Street South | |
| 3 | 201 Avon Place | |
| 4 | Birmingham, AL  35233 | |
|   | Phone:  (205) 714-7166 | |
| 5 | Fax:     (205) 714-7177 | |
| 6 | Email:   unknown | |
| 7 | Bert J. Miano | |
| 8 | MIANO LAW PC | |
|   | 700 Twenty-Ninth Street South | |
| 9 | 201 Avon Place | |
| 10 | Birmingham, AL  35233 | |
|   | Phone:  (205) 714-7199 | |
| 11 | Fax:     (205) unknown | |
| 12 | Email:   unknown | |
| 13 | Joe R. Whatley, Esq. | |
| 14 | Edith M. Kallas, Esq. | |
|   | Patrick J. Sheehan, Esq. | |
| 15 | WHATLEY DRAKE & KALLAS, LLC | |
| 16 | 1540 Broadway, 37th Floor | |
|   | New York, NY  10036 | |
| 17 | Phone:  (212) 447-7070 | |
| 18 | Fax:     (212) 447-7077 | |
|   | Email:  jwhatley@whatleydrake.com | |
| 19 |         ekallas@whatleydrake.com | |
| 20 |         psheehan@whatleydrake.com | |
| 21 | Joe R. Whatley, Esq. | |
| 22 | Edith M. Kallas, Esq. | |
|   | Patrick J. Sheehan, Esq. | |
| 23 | WHATLEY DRAKE & KALLAS, LLC | |
| 24 | 2001 Parkplace North, Suite 1000 | |
|   | Birmingham, AL  35203 | |
| 25 | Phone:  (205) 328-9576 | |
| 26 | Fax:     (205) 328-9669 | |
|   | Email:  jwhatley@whatleydrake.com | |
| 27 |         ekallas@whatleydrake.com | |
| 28 |         psheehan@whatleydrake.com | |

**PROOF OF SERVICE**

1 | I declare that I am employed in the office of a member of the bar of
2 | this court at whose direction the service was made and that this declaration was
3 | executed on May 10, 2007, at San Francisco, California.

_____
Delicia E. Soza

---
**PROOF OF SERVICE**