Bingham McCutchen LLP
TRENTON H. NORRIS (SBN 164781)
ANGEL A. GARGANTA (SBN 163957)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:   (415) 393-2286
Email:  trent.norris@bingham.com
        angel.garganta@bingham.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARA PINEDA and ZARA JELLICOE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VITAMIN SHOPPE INDUSTRIES, INC.,<br><br>Defendant. | No. CV07-01533 SC<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>ORDER |

WHEREAS, defendant Vitamin Shoppe Industries Inc. ("Defendant") was served with the Complaint in the above action on April 20, 2007, through the waiver of service procedure pursuant to Federal Rule of Civil Procedure, Rule 4(d);

WHEREAS, Defendant's time to respond to the Complaint pursuant to Federal Rule of Civil Procedure, Rule 4(d)(3) was June 19, 2007;

WHEREAS, the parties agreed and stipulated that Defendant would have until July 5, 2007, to answer or otherwise respond to the Complaint;

1  WHEREAS, one related case is pending in federal court in California
2  (*Sharilyn B. Castro v. Vitamin Shoppe Industries, Inc.*, Case No. CV 07-0135-IEG,
3  CA Southern Dist., Judge Irma Gonzalez), and two related cases are pending in
4  federal court in New Jersey (*Guittard et al. v. Vitamin Shoppe Industries, Inc.,*
5  Case No. CV-07-1827, District of New Jersey, Judge Dickinson R. Debevoise;
6  *Klyachman v. The Vitamin Shoppe, et al.,* Case No. CV-07-1528, District of New
7  Jersey, Judge Dickinson R. Debevoise) (collectively, the "Three Related Cases");

8  WHEREAS, following mediation on June 11, 2007 before Judge
9  Edward Infante at JAMS's San Francisco offices, the parties in this case and the
10 Three Related Cases reached an agreement in principle and are in the process of
11 reducing the terms of their agreement to writing;

12 WHEREAS, the parties agree that it is appropriate to extend the time
13 to answer or otherwise respond to the Complaint so as to allow them additional
14 time to prepare and execute a written settlement agreement;

15 WHEREAS, the parties desire to avoid the significant expense to
16 them and burden to the Court of actively litigating this action while attempting to
17 agree upon the terms of a written settlement document;

18 IT IS HEREBY STIPULATED by and between the parties as follows:

19 1.  The time to answer or move with respect to the claims asserted
20 in the Complaint is hereby extended to and including July 20, 2007.

21 2.  Subject to the approval of the Court, the Case Management
22 Conference currently scheduled for July 27, 2007, at 10:00 a.m. shall be
23 rescheduled for August 17, 2007, at 10:00 a.m. or for such other date as the Court
24 may order and the parties' Case Management Conference Statements shall be
25 submitted seven days prior to the conference.

26 3.  This Stipulation may be executed in counterparts.  Signatures to
27 this Stipulation made by a facsimile copy shall have the same force and effect as
28 original signatures.

DATED: July 3, 2007

                                  Bingham McCutchen LLP


                                  By:  /s/  Trenton H. Norris
                                         Trenton H. Norris
                                         Angel A. Garganta
                                        Attorneys for Defendant
                                      Vitamin Shoppe Industries, Inc.

                                  Email: trent.norris@bingham.com


DATED: July 3, 2007                 Rosner & Mansfield, LLP
                                  10085 Carroll Canyon Rd., Suite 100
                                  San Diego, CA  92131
                                  Phone:  (858) 348-1005


                                  Whatley Drake & Kallas, LLC
                                  1540 Broadway, 37th Floor
                                  New York, New York 10036
                                  Phone:  (212) 447-7070

                                  and

                                  2001 Parkplace North
                                  Suite 1000
                                  Birmingham, Alabama 65203
                                  Phone:  (205) 328-9576


                                  By:  /s/   Alan M. Mansfield
                                         Alan M. Mansfield
                                      Attorneys for Plaintiffs
                                  Sara Pineda and Zara Jellicoe

                                  Email: alan@rosnerandmansfield.com

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*