Alan M. Mansfield (SBN 125998)
ROSNER & MANSFIELD, LLP
10085 Carroll Canyon Rd., Suite 100
San Diego, CA 92131
Telephone: 858/348-1005
858/ 348-1150 (fax)
alan@rosnerandmansfield.com

Attorney for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SARA PINEDA and ZARA JELLICOE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VITAMIN SHOPPE INDUSTRIES, INC.,<br><br>Defendants. | No. cv07-01533 SC<br><br>NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE |

Please take notice that, pursuant to Rules 23(e) and 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs, Sara Pineda and Zara Jellicoe, hereby voluntarily dismiss this action without prejudice. As no class has been certified and the claims of the putative class members are being resolved in another proceeding, no Court approval of this dismissal is required and no notice of this dismissal need be disseminated to the class members, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure.

DATED: October 25, 2007

ROSNER & MANSFIELD LLP

S/Alan M. Mansfield
———————————————
ALAN M. MANSFIELD

10085 Carroll Canyon Road, Ste 100
San Diego, CA 92131
Telephone: 858/348-1005
858/348-1150 (fax)

[SEAL: IT IS SO ORDERED / Judge Samuel Conti / 10/29/07]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHATLEY DRAKE & KALLAS
1540 Broadway, 37th Floor
New York, NY 10036
Telephone: 212/ 447-7070
212/ 447-7000 (fax)

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 25, 2007.

*/s/ Sally Cormier*
SALLY CORMIER

10085 Carroll Canyon Road, Ste 100
San Diego, CA 92131
Telephone: 858/348-1005
858/348-1150 (fax)

**MANUAL NOTICE LIST**

| | |
|---|---|
| Trenton H. Norris, Esq.<br>Angel A. Garganta, Esq.<br>BINGHAM & MCCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, California 94111-4067<br>Phone: (415) 393-2000<br>Fax: (415) 393-2286<br>Email: trent.norris@bingham.com<br>       Angel.garganta@bingham.com | Attorneys for Defendant |
| G. Richard Baker, Esq.<br>BAKER LAW PC<br>700 Twenty-Ninth Street South<br>201 Avon Place<br>Birmingham, Alabama 35233<br>Phone: (205) 714-7166<br>Fax: (205) 714-7177<br>Email: unknown | Attorneys for Plantiffs<br>Sara Pineda and Zara Jellicoe |
| Bert J. Miano<br>MIANO LAW PC<br>700 Twenty-Ninth Street South<br>201 Avon Place<br>Birmingham, Alabama 35233<br>Phone: (205) 714-7199<br>Fax: (205) unknown<br>Email: unknown | Attorney for Plaintiffs<br>Sara Pineda and Zara Jellicoe |

| | | |
|---|---|---|
| 1 | Joe R. Whatley, Jr., Esq.<br>Edith M. Kallas, Esq.<br>Patrick J. Sheehan, Esq.<br>WHATLEY DRAKE & KALLAS, LLC<br>2001 Park Place North, Suite 1000<br>Birmingham, Alabama 35203<br>Phone: (205) 328-9576<br>Fax: (205) 328-9669<br>Email: jwhatley@wdklaw.com<br>     ekallas@wdklaw.com<br>     psheehan@wdklaw.com | Attorneys for Plaintiffs<br>Sara Pineda and Zara Jellicoe |
| 7 | Joe R. Whatley, Jr., Esq.<br>Edith M. Kallas, Esq.<br>Patrick J. Sheehan, Esq.<br>WHATLEY DRAKE & KALLAS, LLC<br>1540 Broadway, 37th Floor<br>New York, New York 10036<br>Phone: (212) 447-7070<br>Fax: (212) 447-7077<br>Email: jwhatley@wdklaw.com<br>     ekallas@wdklaw.com<br>     psheehan@wdklaw.com | Attorneys for Plaintiffs<br>Sara Pineda and Zara Jellicoe |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on October 25, 2007, at San Diego, California.

_____
Sally Cormier